UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DaQUAN HERRON,

        Plaintiff,

CASE NO. 1:09-cv-1

v.

HONORABLE PAUL L. MALONEY

CHIP FOCKLER, et al.,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt. #32) filed by United States Magistrate Judge Joseph G. Scoville in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the defendants' motion for summary judgment (Dkt. #17) is **GRANTED** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that the plaintiff's complaint is **DISMISSED**.

Because the plaintiff proceeds *in forma pauperis*, the Court must determine whether any appeal would be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610 (6th Cir. 1997). Because no objections have been filed, the court concludes that an appeal would not be taken in good faith.

Dated: July 30, 2010                                  /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            Chief United States District Judge