UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DaQUAN HERRON,

  Plaintiff,

               Case No. 1:09-cv-1

v.

               HONORABLE PAUL L. MALONEY

CHIP FOCKLER, et al.,

  Defendants.
_____/

## **JUDGMENT**

  Having issued an order adopting a report and recommendation and granting defendants' motion for summary judgment, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of defendants and against plaintiff.

Date: July 30, 2010          /s/ Paul L. Maloney
                   Paul L. Maloney
                   Chief United States District Judge